UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim No. 10-691 (JLL) |
| v. | : | Hon. Jose L. Linares |
| DAVID ALEXANDER ROGERS | : | **ORDER** |

This matter having come before the Court upon defendant David Rogers' pro se Motion for Reconsideration of the Fine Assessed, Pursuant to 60(b) of Federal Rules of Civil Procedure, received via mail by the government on June 20, 2011 and docketed on July 7, 2011 [Dkt. No. 18]; and this Court having considered defendant's Motion and the government's opposition thereto; and

It appearing that a modification of defendant's fine is not warranted under 18 U.S.C. § 3572(c); and

In the interest of justice and for good cause shown:

IT IS on this 11 day of July 2011

ORDERED that defendant's Motion for Reconsideration of the Fine Assessed shall be and hereby is DENIED WITH PREJUDICE.

Hon. Jose L. Linares
United States District Judge